| Date | Pleading Number | |
|------|------|---|
| 3/22/76 | 1 | MOTION - BRIEF -- PLAINTIFFS:  LENNY STRAIN; RODNEY J. STRAIN; CHARLES |
| | | (w/cert of service)          J. STRAIN; ROGER MORAN; ALVIN FRIERSON; |
| | | MARVIN BROWN; CARL MARTIN; DENNIS MORRIS; |
| | | RICHARD LAMOUSIN: |
| | | SUGGESTED TRANSFEREE FORUM -- E.D. LOUISIANA |
| | | SUGGESTED TRANSFEREE JUDGE -- LANSING L. MITCHELL |
| 3/31/76 | | HEARING ORDER -- Setting A-1 through A-25 for hearing, April 23, 1976 |
| | | Washington, D. C. |
| 3/31/76 | | APPEARANCES -- LENNY STRAIN (A-1)(A-12) |
| | | RODNEY J. STRAIN (A-2) (A-17) (A-22) |
| | | CHARLES J. STRAIN (A-3)(A-25) |
| | | ROGER D. MORAN (A-4)(A-24) |
| | | ALVIN FRIERSON, JR. (A-5)(A-16)(A-21) |
| | | MARVIN BROWN (A-6)(A-15)(A-23) |
| | | CARL MARTIN (A-7)(A-13)(A-18) |
| | | DENNIS MORRIS (A-8)(A-14)(A-19) |
| | | RICHARD LAMOUSIN (A-9)(A-20)-- Louis R. Koerner, Jr., Esq. |
| | | AETNA CASUALTY & SURETY CO. |
| | | CONTINENTAL CASUALTY CO. |
| | | KEN TURNER |
| | | JOHN ESPOSITO |
| | | BILL GOKEN |
| | | JOHN M. ZIEBELL |
| | | W. C. WITTE |
| | | J. C. HEILGEIST |
| | | J. H. TRAUTWEIN |
| | | J. F. WAKOLBINGER |
| | | W. H. CRESCENTI |
| | | SAN J. TESTA -- Edward J. Rice, Jr., Esquire |
| | | UNION CARBIDE CORP. -- W. T. O'Farrell, Esquire |
| | | OLIN CORP. -- Walter C. Thompson, Jr., Esquire |
| | | PROCESS ENGINEERING INC. -- Jerry L. Saporito, Esquire |
| | | TYRONE CHARBONET -- Robert K. Tracy, Esquire |
| 4/1/76 | | APPEARANCE --M.N. Grossel-Rossi, Esq. for STAUFFER CHEMICAL CO. |
| 4/2/76 | 2 | RESPONSE -- PROCESS ENGINEERING INC, |
| | | STAUFFER CHEMICAL CO. |
| 4/5/76 | | APPEARANCE -- THE WACKENHUT CORP. -- James C. Murphy, Jr., Esq. |
| 4/5/76 | 3 | RESPONSE -- SUNOLIN CHEMICAL CO. AND ROYAL INDEMNITY COR. w/cert. of serv. |
| 4/5/76 | 4 | RESPONSE -- WACKENHUT CORP. -- w/cert. of service |
| 4/5/76 | 5 | RESPONSE -- OLIN CORP. w.cert. of service |
| 4/5/76 | | APPEARANCE -- ROYAL INDEMNITY CO. SUNOLIN CHEMICAL CO. -- Leonard A. Young |
| 4/6/76 | 6 | RESPEMX RESPONSE -- KEN TRUNER, JOHN ESPOSITO, BILL GOKEN, |
| | | JOHN M. ZIEBELL, W. C. WITTE, J. C. HEILGEIST |
| | | J. H. TRAUTWEIN, J. F. WAKOLBINGER, W.H. CRESCENTI |
| | | SAM J. TESTA, AETNA CASUALTY & SURETY CO. AND |
| | | CONTINENTAL CASUALTY CO. w/cert. of service |
| 4/9/76 | | APPEARANCE -- John Baus, Esq. for Reynolds Metals Co. |
| 4/9/76 | 7 | RESPONSE -- REYNOLDS METALS w/cert.of service |
| 4/9/76 | 8 | RESPONSE -- JEFFERSON CHEMICAL CO. w/cert. of service |
| 4/9/76 | 9 | RESPONSE --UNION CARBIDE CORP. w/cert. of service |
| 4/12/76 | 10 | SUPPLEMENTAL SCHEDULE -- MOVANTS w/cert. of service |
| 4/14/76 | | AMENDMENT TO HEARING ORDER to correct civil action number of  Tyrone |
| | | Charbonnet (A-35) to read 75-745 and to add Actions A-10 and A-26 |
| | | through A-34 |
| 4/23/76 | 11 | SUPPLEMENTAL & AMENDED RESPONSE OF REYNOLDS METALS -- FILED IN OPEN COURT |
| | | w/cert. of service |
| 4/26/76 | 12 | RESPONSE -- G R. Ghersanich and Frank Voss w/cert. of service |

| Date | Pleading Number | |
|------|------|---|
| 11/30/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE MOREY L. SEAR TO HANDLE A-1 THRU A-25 AND A-31 IN THE E.D. LOUISIANA UNDER 28 U.S.C. §1407. |
| 11/30/76 | | OPINION AND ORDER TRANSFERRING A-1 THRU A-25 AND A-31 TO THE E. D. LOUISIANA FOR ASSIGNMENT UNDER 28 U.S.C. §1407 TO JUDGE MOREY L. SEAR. NO DETERMINATION BY THE PANEL ON A-26 THRU A-34. |
| 4/7/78 | 23 | RESPONSE -- Defendant Labor Organizations -- to SCO -- w/cert. of svc. (ea.) |

O&O  11/30/76  423 F Supp 937

DOCKET NO. 252 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL DOCKET NO. 252 -- IN RE LIQUID CARBONIC TRUCK DRIVERS CHEMICAL POISIONING LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 4/23/76

Date(s) of Opinion(s) or Order(s) 11/30/76

Consolidation Ordered ✓    Name of Transferee Judge MOREY L. SEAR Sec. G.

Consolidation Denied ___    Transferee District E. D. Louisiana

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lenny Strain v. Kenneth Turner, et al. | E.D. La. West | 74-3139-H | | ✓ | 8/24/77* | |
| A-2 | Rodney J. Strain v. Kenneth Turner et al. | E.D. La. West | 74-2363-H | | ✓ | ✓8/24/77 | |
| A-3 | Charles J. Strain v. Kenneth Turner, et al. | E.D. La. West | 74-2364-H | | ✓ | ✓8/24/77 | |
| A-4 | Roger Moran v. Kenneth Turner, et al. | E.D. La. West | 74-2365-H | | | 6/2/78 | |
| A-5 | Alvin Frierson v. Kenneth Turner, et al. | E.D. La. West | 74-2366-H | | ✓ | 6/2/78 | |
| A-6 | Marvin Brown v. Kenneth Turner, et al. | E.D. La. West | 74-2367-H | | ✓ | 6/2/78 | |
| A-7 | Carl Martin v. Kenneth Turner, et al. | E.D. La. West | 74-2368-H | | ✓ | ✓8/24/77 | |
| A-8 | Dennis Morris Versus Kenneth Turner, et al. | E.D. La. West | 74-2452-H | | ✓ | ✓8/24/77 | |
| A-9 | Richard Lamousin v. Kenneth Turner, et al. | E.D. La. West | 74-2579-H | | ✓ | 6/2/78 | |
| A-10 | Vernon Ghersanich v. Kenneth Turner, et al. | E.D.La. Sear | 75-1502-G | | ✓ | 8/11/78 | |
| A-11 | Raymond Ghersanich and Frank Voss v. Kenneth Turner, et al. | E.D.La. West | 75-1802-H | | ✓ | 8/11/78 | |

DOCKET NO. 252 (CONTINUED)                                      PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or R | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Charles J. Strain Jr., v. Olin Corp. | W.D.La. Hunter | 75-1337 | 11/30/76 | 76-3779 Sec. D. | 12/15/76 | * |
| A-13 | Carl R. Martin v. Olin Corp. | W.D.La. Hunter | 75-1334 | 11/30/76 | 76-3780 Sec. D. | 12/15/76 | * |
| A-14 | Dennis Morris, Sr. v. Olin Corp. | W.D.La. Hunter | 75-1338 | 11/30/76 | 76-3781 Sec. D. | 12/15/76 | * |
| A-15 | Marvin Brown v. Olin Corp. | W.D.La. Hunter | 75-1336 | 11/30/76 | 76-3782 Sec. D. | 12/15/76 | * |
| A-16 | Alvin W. Frierson v. Olin Corp. | W.D.La. Hunter | 75-1339 | 11/30/76 | 76-3783 Sec. D. | 12/15/76 | * |
| A-17 | Rodney J. Strain v. Olin Corp. | W.D.La. Hunter | 75-1335 | 11/30/76 | 76-3784 Sec. D. | 12/15/76 | * |
| A-18 | Carl R. Martin v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0832-CH | 11/30/76 | 76-3785 Sec. D. | 6/2/78 | * |
| A-19 | Dennis Morris, Sr. v. Olin Corp. | S.D.W.Va. Knapp | 75-0835-CH | 11/30/76 | 76-3786 Sec. D. | 6/2/78 | |
| A-20 | Richard Lamousin v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0831-CH | 11/30/76 | 76-3787 Sec. D. | 6/2/78 | |
| A-21 | Alvin W. Frierson v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0837-CH | 11/30/76 | 76-3788 Sec. D. | 6/2/78 | * |
| A-22 | Rodney J. Strain v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0836-CH | 11/30/76 | 76-3789 Sec. D. | 6/2/78 | * |
| A-23 | Marvin Brown v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0838-CH | 11/30/76 | 76-3790 Sec. D. | 6/2/78 | * |
| A-24 | Roger Moran v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0834-CH | 11/30/76 | 76-3791 Sec. D. | 6/2/78 | * |
| A-25 | Charles J. Strain, Jr. v. Union Carbide Corp. | S.D.W.Va. Knapp | 75-0833-CH | 11/30/76 | 76-3792 Sec. D. | 6/2/78 | * |

A 12, 13, 14, 15, 16 & 17

DOCKET NO. ___252___ --   IN RE LIQUID CARBONIC TRUCK DRIVERS CHEMICAL POISONING LITIGATION   -- P. __3__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-26 | Alvin Frierson v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-2329 | * | | 6/2/78 | |
| A-27 | Charles J. Strain v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-2330 | * | | 10/19/77 ** | |
| A-28 | Rodney J. Strain v. Liquid Carbonic Corp., et al. | E.D. La. Sec.F. | 74-2331 | * | | 10/19/77 ** | |
| A-29 | Lenny J. Strain v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-3278 | * | | 10/19/77 ** | |
| A-30 | Roger Moran v. Liquid Carbonic Corp. et al. | E.D. La. Sec. F. | 74-3279 | * | | 6/2/78 | |
| A-31 | Richard Lamousin v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-3280 | * | | 6/2/78 | |
| A-32 | Carl Martin v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-3281 | * | | 10/20/77 ** | |
| A-33 | Dennis Morris v. Liquid  Carbonic Corp., et al. | E.D. La. Sec. F. | 74-3282 | * | | 10/19/77 ** | |
| A-34 | Marvin Brown v. Liquid Carbonic Corp., et al. | E.D. La. Sec. F. | 74-3283 | * | | 6/2/78 | |
| A-35 | Tyrone Charbonnet v. Kenneth Turner, et al. | E.D. La. Sec. F. | 75-745-G | * | | 10/19/77 | |

*INCLUDED IN MDL PROCEEDINGS BY ORDER OF J. Sear 1/24/77

July 1978 -- 14 TR/21 X42/16 DIS/19/Rd.
July 1979 --              " 35 dis -- Closed

** on appeal, 5th circuit

p. 1

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 252 -- IN RE LIQUID CARBONIC TRUCK DRIVERS CHEMICAL

POISIONING LITIGATION

| Plaintiff | Defendant |
|---|---|
| LENNY STRAIN (A-1)(A-12)<br>RODNEY J. STRAIN (A-2) (A-17) (A-22)<br>CHARLES J. STRAIN (A-3)(A-25)<br>ROGER D. MORAN (A-4)(A-24)<br>ALVIN FRIERSON, JR. (A-5)(A-16)(A-21)<br>MARVIN BROWN (A-6)(A-15)(A-23)<br>CARL MARTIN (A-7)(A-13)(A-18)<br>DENNIS MORRIS (A-8)(A-14)(A-19)<br>RICHARD LAMOUSIN (A-9)(A-20)<br>Louis R. Koerner, Jr., Esquire<br>Koerner & Babst<br>730 Camp Street<br>New Orleans, LA  70130<br><br>TYRONE CHARBONNET (A-10)<br>Robert K. Tracy, Esquire<br>Krieger, Krieger & Tracy<br>Room 412<br>434 Loyola Avenue<br>New Orleans, LA  70112<br><br>RAYMOND GHERSANICH AND FRANK VOSS (A-11)<br>Hugh Lambert, Esquire<br>Frederick J. Gisevius Law Offices<br>Richards Building<br>New Orleans, LA  70112<br><br>VERNON GHERSANICH<br>Dennis P. Ganucheau, Esq.<br>Paul A. Bonin, Esquire<br>8384 Jefferson Highway<br>Harahan, La  70123 | AETNA CASUALTY & SURETY CO.<br>CONTINENTAL CASUALTY CO.<br>KEN TURNER<br>JOHN ESPOSITO<br>BILL GOKEN<br>JOHN M. ZIEBELL<br>W. C. WITTE<br>J. C. HEILGEIST<br>J. H. TRAUTWEIN<br>J. F. WAKOLBINGER<br>W. H. CRESCENTI<br>SAN J. TESTA<br>Edward J. Rice, Jr., Esquire<br>Adams & Reese<br>4500 One Shell Squre<br>New Orleans, LA  70139<br><br>OLIN CORPORATION<br>Walter C. Thompson, Jr., Esquire<br>Sessions, Fishman, Rosenson<br>  Snellings & Boisfontaine<br>2100 Bank of New Orleans Bldg.<br>1010 Common Street<br>New Orleans, LA  70112<br><br>UNION CARBIDE CORPORATION<br>W. T. O'Farrell, Esquire<br>Jackson, Kelly, Holt & O'Farrell<br>1601 Kanawha Valley Bldg.<br>Charleston, West Virginia  25322<br><br>REYNOLDS METALS CO.<br>John Baus, Esquire<br>Jones, Walker, Waechter,<br>Poitevant, Carrere & Denegre<br><br>225 Barrone Street<br>New Orleans, LA<br><br>MCCULLAGH LEASING CO.<br>Allen Fontenot, Esquire<br>Lemle, Kelleher, Kohlmeyer,<br>Matthews<br>1800 First NBC Building<br>New Orelans, LA  70112 |

p. 2

| Plaintiff | Defendant |
|---|---|
| | WACKENHUT CORP.<br>James C. Murphy, Jr., Esq.<br>Murphy & Simon<br>First NBC Building<br>New Orleans, LA   70112<br><br>~~STAUFFER CHEMICAL CO.<br>M.N. Grossel-Rossi, Esquire<br>Leach, Grossel-Rossi & Paysse<br>Suite 1540, One Shell Square<br>New Orleans, Louisiana   70139~~<br><br>JEFFERSON CHEMICAL COMPANY<br>Robert E. Peyton, Esquire<br>Christovich & Kearney<br>1815 American Bank Bldg.<br>New Orleans, LA   70130<br><br>ROYAL INDEMNITY CO.<br>SUNOLIN CHEMICAL COMPANY<br>Leonard A. Young, Esquire<br>Bienvenu, Culver, Foster,<br>  Ryan & O'Bannon<br>1414 American Bank Bldg.<br>New Orleans, LA   70130<br><br>PROCESS ENGINEERING<br>Jerry L. Saporito, Esquire<br>Bernard, Micholet & Cassisa<br>1615 Metarie Road<br>Metairie, Louisiana   70005<br><br>ADAMS & REESE<br>~~Mr. Lloyd W. Hayes, Esq.~~<br>4500 One Shell Sq.<br>New Orleans, La.   70139<br><br>STAUFFER CHEMICAL CO.<br>Michael D. Meyer, Esquire<br>Leach, Paysse & Baldwin<br>Suite 1540<br>One Shell Square<br>New Orleans, LA   70139 |

JP Form 3

p. _____

dc

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| LIQUID CARBONIC CORP. ✓ | A-26  A-27  A-28  A-30  A-31  A-32  A-33  A-34 |
| AETNA CASUALTY & SURETY CO. | A-26  A-27  A-28  A-30  A-31  A-32  A-33  A-34 |
| CONTINENTAL CASUALTY CO. | A-26  A-27  A-28  A-30  A-31  A-32  A-33  A-34 |
| WAKENHUT CORP. | A-26  A-27  A-28  A-30  A-31  A-32  A-33  A-34 |
| ADAMS & REESE | A-26  A-27  A-28  A-30  A-31  A-32  A-33  A-34 |
| KENNETH TURNER ✓ | A-1  A-2  A-3  A-4  A-5  A-6  A-7  A-8  A-9  A-10  A-11 |
| J. O. WAKOLBINGER ✓ | A-1  A-2  A-10  A-11 |
| JOHN ZIEBELL ✓ | A-1  A-2  A-3  A-4  A-5  A-6  A-7  A-8  A-9  A-10  A-11 |
| JOHN ESPOSITO ✓ | A-1  A-2  A-3  A-4  A-5  A-6  A-7  A-8  A-9  A-10  A-11 |
| BILL GOKEN ✓ | A-1  A-2  A-3  A-4  A-5  A-6  A-7  A-8  A-9  A-10  A-11 |
| SAM J. TESTA ✓ | A-1  A-10  A-11 |
| W. H. CHRESCENTI ✓ | A-1  A-10  A-11 |

p. _____

| | |
|---|---|
| JOSEPH HEILGEIST | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-11 ✓ |
| WILLIAM WITTE | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 ✓ |
| JOHN TRAUTWEIN | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 ✓ |
| OLIN CORP. | A-12 A-13 A-14 A-15 A-16 A-17 ~~A-18~~ Alex Olson 12/15/74  A-1 A-2 A-3 A-5 A-6 A-7 A-8 A-11 ~~A-4~~ |
| REYNOLDS METALS CO. | A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 |
| MCCULLAGH LEASING CO. | A-11 |
| WAKENHUT CORP. | A-11 |
| STAUFFER CHEMICAL CO. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 |
| JEFFERSON CHEMICAL CO. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 |
| UNION CARBIDE CORP. | A-18 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-11 |
| PROCESS ENGINEERING, INC. | A-1 A-11 ✓ |
| SUNOLIN CHEMICAL CO. | A-1 A-2 A-3 - A-5 A-6 A-7 A-9 A-10 A-11 |